# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LONGBEAM TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,**<br><br>Defendants. | **Case No. 1:21-cv-01559-CFC**<br><br>**JURY TRIAL DEMANDED** |

## SUPPLEMENT TO PLAINTIFF'S RULE 7.1 STATEMENT (D.I. 4)

On November 1, 2021, Plaintiff Longbeam Technologies LLC ("Plaintiff") filed a disclosure statement pursuant to Fed. R. Civ. P. 7.1. *See* D.I. 4. Pursuant to the Court's April 18, 2022, Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, Plaintiff supplements its disclosure statement by naming every owner, member, and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified, as follows:

- Longbeam Technologies LLC
- Sharon Bullion

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully submitted,<br><br>/s/ Richard C. Weinblatt<br>Richard C. Weinblatt (#5080)<br>Stamatios Stamoulis (#4606)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540<br>Facsimile: (302) 762-1688<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Of Counsel:*<br><br>Ronald M. Daignault (*pro hac vice*)*<br>Chandran B. Iyer (*pro hac vice*)<br>Zachary H. Ellis (*pro hac vice*)*<br>Christian E. Samay (*pro hac vice*)*<br>rdaignault@daignaultiyer.com<br>cbiyer@daignaultiyer.com<br>zellis@daignaultiyer.com<br>csamay@daignaultiyer.com<br><br>DAIGNAULT IYER LLP<br>8618 Westwood Center Drive<br>Suite 150<br>Vienna, VA 22182<br>**Not admitted to practice in Virginia*<br><br>**ATTORNEYS FOR PLAINTIFF** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered counsel.

                                                */s/ Richard C. Weinblatt*
                                                Richard C. Weinblatt (#5080)