IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LONGBEAM TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,**<br><br>Defendants. | **Case No. 1:21-cv-01559-CFC**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH CHIEF JUDGE CONNOLLY'S APRIL 18, 2022 STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to the Court's May 13, 2022 Oral Order, Plaintiff Longbeam Technologies LLC ("Plaintiff") certifies that it has complied with Chief Judge Connolly's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Fed. R. Civ. P. 7.1. Plaintiff has supplemented its November 1, 2021 Rule 7.1 Statement (D.I. 4) to comply with the Court's Order.

Dated: May 16, 2022

Respectfully submitted,

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (#5080)
Stamatios Stamoulis (#4606)

1

        STAMOULIS & WEINBLATT LLC
        800 N. West Street, Third Floor
        Wilmington, DE 19801
        Telephone: (302) 999-1540
        Facsimile: (302) 762-1688
        stamoulis@swdelaw.com
        weinblatt@swdelaw.com

        *Of Counsel:*

        Ronald M. Daignault (*pro hac vice*)*
        Chandran B. Iyer (*pro hac vice*)
        Zachary H. Ellis (*pro hac vice*)*
        Christian E. Samay (*pro hac vice*)*
        rdaignault@daignaultiyer.com
        cbiyer@daignaultiyer.com
        zellis@daignaultiyer.com
        csamay@daignaultiyer.com

        DAIGNAULT IYER LLP
        8618 Westwood Center Drive
        Suite 150
        Vienna, VA 22182
        **Not admitted to practice in Virginia*

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (#5080)
