IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LONGBEAM TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1559 (CFC) |
| | ) | |
| AMAZON.COM, INC. and | ) | |
| AMAZON WEB SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' CERTIFICATION OF COMPLIANCE**

Pursuant to the Court's May 13, 2022 Oral Order, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") certify that they have complied with Chief Judge Connolly's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1.  Because neither Defendant is a nongovernmental joint venture, limited liability corporation, partnership, or limited liability partnership, no supplement to Amazon's Rule 7.1 Disclosure Statement (D.I. 15) is necessary for compliance.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

Adam M. Greenfield
Maximilian A. Grant
Gabriel K. Bell
David A. Zucker
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C.  20004-1304
(202) 637-2200

Kimberly Q. Li
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

May 17, 2022

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Web*
*Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 17, 2022, upon the following in the manner indicated:

Stamatios Stamoulis, Esquire                    *VIA ELECTRONIC FILING*
Richard C. Weinblatt, Esquire
800 North West Street, Third Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*
*Longbeam Technologies LLC*

Ronald M. Daignault, Esquire                    *VIA ELECTRONIC FILING*
Chandran B. Iyer, Esquire
Zachary H. Ellis, Esquire
Christian E. Samay, Esquire
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA  22182
*Attorneys for Plaintiff*
*Longbeam Technologies LLC*

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)