# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LONGBEAM TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,**<br><br>Defendants. | **Case No. 1:21-cv-01559-CFC**<br><br>**JURY TRIAL DEMANDED** |

## AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, and the Court's Oral Order on the record on July 13, 2022, Plaintiff Longbeam Technologies LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Longbeam Technologies LLC's sole owner and only member is Sharon Bullion.

Dated: July 20, 2022

Respectfully submitted,

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt (#5080)
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC

800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Of Counsel:*

Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Zachary H. Ellis (*pro hac vice*)*
Christian E. Samay (*pro hac vice*)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
zellis@daignaultiyer.com
csamay@daignaultiyer.com

DAIGNAULT IYER LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182
*Not admitted to practice in Virginia

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered counsel.

>*/s/ Richard C. Weinblatt*
>Richard C. Weinblatt (#5080)