# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LONGBEAM TECHNOLOGIES LLC,** | |
| Plaintiff, | **Case No. 1:21-cv-01559-CFC** |
| v. | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,** | |
| Defendants. | |

## ADDITIONAL STATEMENT REGARDING THIRD PARTY FUNDING

Pursuant to the Court's Standing Order Regarding Third-Party Litigation Funding Arrangement, Longbeam has not entered into any funding arrangement or agreement for the payment of attorneys' fees in this case other than, to the extent applicable, its retainer agreement with outside counsel of record, Daignault Iyer LLP. Longbeam has engaged Daignault Iyer LLP on a contingency basis that compensates the firm based on the success of the litigation without any upfront payment of fees or expenses. Daignault Iyer LLP is a limited liability partnership formed in the Commonwealth of Virginia, having an address at 8618 Westwood Center Drive, Suite 150, Vienna, Virginia 22182. The firm will be entitled to receive

a percentage of any monetary recovery after its reimbursement of out-of-pocket expenses it paid on Longbeam's behalf. Longbeam has the sole right to make litigation and settlement decisions in this action and does not require the approval of its counsel or any third party to make litigation or settlement decisions in this case. Longbeam reserves its rights to object to the use of this information in any proceeding.

| | |
|---|---|
| Dated: July 20, 2022 | Respectfully submitted, |
| | /s/ Richard C. Weinblatt |
| | Richard C. Weinblatt (#5080) |
| | Stamatios Stamoulis (#4606) |
| | STAMOULIS & WEINBLATT LLC |
| | 800 N. West Street, Third Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 999-1540 |
| | Facsimile: (302) 762-1688 |
| | stamoulis@swdelaw.com |
| | weinblatt@swdelaw.com |
| | |
| | *Of Counsel:* |
| | |
| | Ronald M. Daignault (*pro hac vice*)* |
| | Chandran B. Iyer (*pro hac vice*) |
| | Zachary H. Ellis (*pro hac vice*)* |
| | Christian E. Samay (*pro hac vice*)* |
| | rdaignault@daignaultiyer.com |
| | cbiyer@daignaultiyer.com |
| | zellis@daignaultiyer.com |
| | csamay@daignaultiyer.com |
| | |
| | DAIGNAULT IYER LLP |
| | 8618 Westwood Center Drive |
| | Suite 150 |
| | Vienna, VA 22182 |

*Not admitted to practice in Virginia*

**ATTORNEYS FOR PLAINTIFF**

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered counsel.

                                      */s/ Richard C. Weinblatt*
                                      Richard C. Weinblatt (#5080)