# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LONGBEAM TECHNOLOGIES LLC,** | |
| Plaintiff, | Case No. 1:21-cv-01559-CFC |
| v. | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,** | |
| Defendants. | |

## DECLARATION OF SHARON BULLION

I, Sharon Bullion, hereby declare as follows:

1. I am the sole owner and only member of Plaintiff Longbeam Technologies LLC ("Longbeam").

2. Longbeam has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

3. Longbeam has not entered into any funding arrangement or agreement for the payment of attorneys' fees in this case other than, to the extent applicable, its retainer agreement with outside counsel of record, Daignault Iyer LLP. Longbeam has engaged Daignault Iyer LLP on a contingency basis that

compensates the firm based on the success of the litigation without any upfront payment of fees or expenses. The firm will be entitled to receive a percentage of any monetary recovery after its reimbursement of out-of-pocket expenses it paid on Longbeam's behalf.

4. Longbeam has the sole right to make litigation and settlement decisions in this action and does not require the approval of its counsel or any third party to make litigation or settlement decisions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __19__ day of July 2022.

_____
Sharon Bullion