# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LONGBEAM TECHNOLOGIES LLC, )
)
        Plaintiff, )
)
        v. )    C.A. No. 21-1559 (CFC)
)
AMAZON.COM, INC. and )
AMAZON WEB SERVICES, INC., )
)
        Defendants. )

**DECLARATION OF DAVID A. ZUCKER
IN SUPPORT OF AMAZON DEFENDANTS' OBJECTION TO
LONGBEAM'S CORPORATE DISCLOSURE STATEMENT AND
STATEMENT REGARDING THIRD-PARTY FUNDING**

I, David A. Zucker, hereby declare and state as follows:

1.     I am an attorney at the law firm of Latham & Watkins LLP, and counsel of record for Amazon.com, Inc. and Amazon Web Services, Inc. (collectively "Amazon") in the above captioned case.

2.     I submit this declaration in support of Amazon's Objection to Longbeam's Corporate Disclosure Statement and Statement Regarding Third-Party Funding filed herewith.

3.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

4.     Attached as **Exhibit A** is a true and correct copy of the patent

assignment for U.S. Patent Nos. 7,660,418; 8,472,627; 7,512,989; and 10,715,316 (among others), as recorded with the United States Patent And Trademark Office. Highlighting has been added to the relevant portions of the document.

5.　　Attached as **Exhibit B** is a true and correct copy of the article titled *More IP Edge Litigation Launched Over Former Empire Technology Patents, This Time Targeting Infrastructure Products*, dated August 3, 2021.  Highlighting has been added to the relevant portions of the document.

6.　　Attached as **Exhibit C** is a true and correct copy of the article titled *Patent Filings Roundup: In a Slow Week, IP Edge Hits Amazon on Cryptographic Keys and Jeffrey Gross-Run Entities Proliferate*, dated November 10, 2021. Highlighting has been added to the relevant portions of the document.

7.　　Attached as **Exhibit D** is a true and correct copy of the *Team* page from the website of IP Edge, retrieved from *ip-edge.com/team/* on July 25, 2022. Highlighting has been added to the relevant portions of the document.

8.　　Attached as **Exhibit E** is a true and correct copy of the article titled *Plaintiff Newly Assigned to Judge Connolly's Courtroom Amends Its Prior Disclosure*, dated May 22, 2022.  Highlighting has been added to the relevant portions of the document.

\*　　\*　　\*

I declare under penalty of perjury under the laws of the United States of

America and the State of Delaware that the foregoing is true and correct.

Executed on July 25, 2022 in Raleigh, North Carolina.

/s/ David A. Zucker
David A. Zucker

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2022, upon the following in the manner indicated:

Stamatios Stamoulis, Esquire                    *VIA ELECTRONIC FILING*
Richard C. Weinblatt, Esquire
800 North West Street, Third Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*
*Longbeam Technologies LLC*

Ronald M. Daignault, Esquire                    *VIA ELECTRONIC FILING*
Chandran B. Iyer, Esquire
Zachary H. Ellis, Esquire
Christian E. Samay, Esquire
DAIGNAULT IYER LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA  22182
*Attorneys for Plaintiff*
*Longbeam Technologies LLC*

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)