# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6996442

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| GEOCODEX LLC | 06/29/2021 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | LONGBEAM TECHNOLOGIES LLC |
| Street Address: | 10900 RESEARCH BLVD, STE 160C PMB 1113 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78759 |

### PROPERTY NUMBERS Total: 7

| Property Type | Number |
|---|---|
| Patent Number: | 6985588 |
| Patent Number: | 7660418 |
| Patent Number: | 7143289 |
| Patent Number: | 8472627 |
| Patent Number: | 7512989 |
| Patent Number: | 7120254 |
| Patent Number: | 10715316 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 8325946811
Email: linhd@ip-edge.com
Correspondent Name: LONGBEAM TECHNOLOGIES LLC
Address Line 1: 10900 RESEARCH BLVD, STE 160C PMB 1113
Address Line 4: AUSTIN, TEXAS 78759

| NAME OF SUBMITTER: | SHARON BULLION |
|---|---|
| SIGNATURE: | /Sharon Bullion/ |
| DATE SIGNED: | 10/29/2021 |

**Total Attachments: 3**

source=InkPaper - Exhibit A - Patent Assignment signed by Longbeam ADDRESS CORRECTED#page1.tif
source=InkPaper - Exhibit A - Patent Assignment signed by Longbeam ADDRESS CORRECTED#page2.tif
source=InkPaper - Exhibit A - Patent Assignment signed by Longbeam ADDRESS CORRECTED#page3.tif

Exhibit A

## PATENT ASSIGNMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Geocodex LLC, a limited liability company located at 4400 Broadway Blvd., Suite 600, Tuscon, AZ 85711 (**"*Assignor*"**), does hereby assign, transfer, and convey unto Longbeam Technologies LLC, a Texas limited liability company, having an address at 10900 Research Blvd. Suite 160C PMB 1113, Austin, TX 78759, (**"*Assignee*"**), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the **"*Patent Rights*"**):

(a) the patent applications and patents listed in the table below (the **"*Patents*"** or **"*Patent*"**);

| Patent No(s). | Application No(s). | Country | Filing Date | Title of Patent(s) and First Named Inventor |
|---|---|---|---|---|
| 6985588 | 09/699832 | US | 10/30/2000 | System and Method for Using Location Identity to Control Access to Digital Information; Barry J. Glick |
| 7660418 | 11/546089 | US | 10/10/2006 | Cryptographic System and Method for Geolocking and Securing Digital Information; Barry J. Glick |
| 7143289 | 09/992378 | US | 11/16/2001 | System and Method for Delivering Encrypted Information in a Communication Network Using Location Identity and Key Tables; Dorothy E. Denning |
| 8472627 | 11/561857 | US | 11/20/2006 | System and Method for Delivering Encrypted Information in a Communication Network Using Location Identity and Key Tables; Dorothy E. Denning |
| 7512989 | 10/278488 | US | 10/22/2002 | Data Loader Using Location Identity to Provide Secure Communication of Data to Recipient Devices; Logan Scott |
| 7120254 | 09/758637 | US | 01/10/2001 | Cryptographic System and Method for Geolocking and Securing Digital Information; Barry J. Glick |

Exhibit A

| 10715316 | 13/925313 | US | 06/24/2013 | System and Method for Delivering Information in a Communication Network Using Location Identity; Dorothy E. Denning. |
|---|---|---|---|---|

(b) any parents, patents that share the same specification as (a);

(c) any additional patents or applications to which (a) or (b) claims priority, as well as any additional patents and patent applications claiming priority to (a) or (b), including but not limited to patents or patent applications issued, granted, or pending via any divisionals, continuations, continuations-in-part, reissues and reexaminations of (a) and (b);

(d) any patents or patent applications that are terminally disclaimed to any of the foregoing in (a) through (c) or to which any of the foregoing in (a) through (c) are terminally disclaimed;

(e) any foreign counterparts of (a) through (d), wherein all assets included in (a) through (e) shall be herein referred to as "Patents and Related Patents";

(f) all right, title and interest to the Patents and Related Patents;

(g) all of the rights, privileges including the benefits of any attorney client privilege or attorney work product privilege, title and interest in and to the Patents and Related Patents sold, transferred, assigned and set over to Assignee hereunder including all income, royalties, damages and payments now or hereafter due or payable with respect thereto; and

(h) the right to bring any claim, sue, counterclaim, and recover for the past, present and future infringement of the rights assigned hereunder.

**ASSIGNOR: GEOCODEX LLC**

By: _____

Name: BarryJ Glick _____

Title: Managing Member _____

Date: 06/29/2021 _____

Exhibit A

**ASSIGNEE: LONGBEAM TECHNOLOGIES LLC**

By: _Sharon Bullion_

Name: Sharon Bullion

Title: Managing Member

Date: 6/24/2021

# EXHIBIT B



# United States: More IP Edge Litigation Launched Over Former Empire Technology Patents, This Time Targeting Infrastructure Products

Mondaq Business Briefing

August 3, 2021 Tuesday

Copyright 2021 Mondaq Ltd. All Rights Reserved



**Length:** 1409 words

**Byline:** RPX Corporation

## Body

Apparent IP Edge LLC plaintiff Invincible IP LLC has sued Alibaba (Alibaba Cloud US) (1:21-cv-00956), Citrix Systems (1:21-cv-00954), DigitalOcean (1:21-cv-00959), NetApp (1:21-cv-00960), and Nutanix (1:21-cv-00955) over the alleged infringement of up to five former Empire Technology Development LLC patents, of disparate origins, through the provision of infrastructure software products and solutions. These filings put the number of litigation campaigns that entities associated with IP Edge have begun over patents picked up from Empire Technology at 12.

The October 2020 assignment of nearly 30 US patents from Empire Technology to Invincible IP was recorded with the USPTO this past March. It included the five patents that the NPE has now asserted (8,938,634; 8,954,993; 9,479,472; 9,635,134; 9,678,774). With the '634 patent, which generally relates to "provid[ing] power savings in a data center", Invincible IP targets the Alibaba Cloud platform, Citrix Hypervisor virtualization service, the DigitalOcean cloud platform, NetApp Hyper Converged Infrastructure (HCI) solution, and Nutanix AHV virtualization service. The '634 patent comprises a

single-member family, with its sole named inventor (Ezekiel Kruglick) assigning it, through Ardent Research, to Empire Technology in January 2012.

The '993 and '472 patents share the same named inventor and followed a similar path into Empire Technology's hands, through a February 2013 assignment. The comprise a family of two, generally related to processing "queue requests from co-located workers in a datacenter". The accused products are the AlibabaMQ for Apache RocketMQ distributed message queue service, Citrix ADC Simple Queue service, and NetApp Cloud Sync data replication service, with the two patents not asserted in the complaints filed against DigitalOcean and Nutanix. On social media, Kruglick identifies himself as having been the CEO and director of Ardent Research (characterized as "a technology consulting, research, and design company") from November 2009 through January 2021, listing several ongoing board positions (either member or technical advisor) into present day.

The '134 patent, which appears to have just expired, in May 2021, for failure to pay required maintenance fees, broadly concerns "manag[ing] resources in a cloud computing environment". It issued to Empire Technology after its named inventors assigned it in 2012 to Beijing Endless Time and Space Technology, which passed it to Empire on the same day. Invincible IP targets with the '134 patent network management tools, including the Alibaba Cloud Auto-Scaling service, Citrix Hypervisor, Digital Ocean Compute, NetApp Spot, and Nutanix AHV.

Finally, the '774 patent generally relates to migrating a virtual machine if the location of the "target host is within a particular perimeter". The five defendants are accused of infringement through the provision of data management products including the Alibaba Cloud - Elastic Compute Service, Citrix Xenserver virtualization tool, Digital Ocean Droplets virtualization service, NetApp ONTAP platform, and Nutanix Prism Central multi-cluster management tool. The '774 patent issued in June 2017 after its sole named inventor, through H&C Scientific Resources, assigned it as an application to Empire Technology in February 2012.

Empire Technology is a subsidiary of Allied Inventors Management, LLC (AIM), which was reportedly founded in 2015 to monetize patents received from Intellectual Ventures LLC (IV). In December 2018,

Empire Technology granted a security interest in over 2,800 patent assets to a subsidiary of Crestline Investors, with the NPE subsequently recording a series of releases of the Crestline security interest over various sets of its patents, ahead of an accelerating set of divestments from late 2019 through 2020. Recipients include Allied Security Trust, presumably for subsequent sale, and IP Edge, as well as Boogio, Huawei, NohBell, and Mercury Kingdom Assets Limited (a murky entity, addressed in the British Virgin Islands, with director Standguard Nominees (H.K.) Ltd., a Hong Kong entity of uncertain operations, other than to continue prosecuting applications in the families acquired).

IP Edge has picked up multiple portfolios from Empire Technology since. In December 2019, it acquired batches of assets through apparent controlled entities Chimetech Licensing LLC (two patents), Crave Licensing LLC (33 patents), and Xinctec Technologies LLC (32). The firm added three more portfolios from Empire in 2020, received by Atestraw Licensing LLC (17 patents), Mellaconic IP LLC (6), and Syclone IP LLC (1). Across multiple of its 2020 campaigns, IP Edge has litigated 13 of those patents, hitting a combined 44 defendants across the set.

IP Edge was formed as prominent monetization firm IP Navigation Group, LLC (d/b/a IPNav) wound down operations when founder Erich Spangenberg "moved off" into 2014 to "do other things" thereafter (details here). Having been the director and vice president of Asia for IPNav in 2012-2013, Lillian Woung created IP Edge with fellow Texas attorneys Gautham (Gau) Bodepudi and Sanjay Pant, first in Nevada and later merging into Texas. The firm has been the top filer of NPE cases over the years since, having initiated over 135 litigation campaigns in total, both right before and of course after its formation in Texas.

Typically litigating in file-and-settle fashion, IP Edge has never taken a case to trial, with litigation usually ending at the pleadings stage, or just after. However, last year it filed an International Trade Commission (ITC) complaint, a first for the firm, through controlled plaintiff Q3 Networking LLC, against respondents CommScope, HP Enterprise, and NETGEAR, arguing the presence of a domestic industry based on the US activities of the original source of the patents asserted, Siemens. That investigation has persisted into expert discovery and dispositive motions. Then, in April 2021, through controlled plaintiff Bishop Display Tech LLC, the firm split 13 LCD patents acquired from Japanese firm

IP Bridge, Inc. into two groups, one of seven and the other of six, asserted in a pair of Western District of Texas cases filed against Samsung on the same day. No complaint over either set of patents has been filed with the ITC.

The firm does not appear ready to leave its spot as the lead NPE plaintiff. Over the years, it has turned to various sources for its patents, including individual inventors, operating companies, other NPEs (like Empire Technology), and, more recently, at least one university-and its pipeline appears chock full of assets still to litigate. Perhaps most notable among them is a large portfolio of assets-more than 700-picked up from Technicolor SA in July 2020. The second quarter of 2021 saw that portfolio's first visible movement since it was acquired, with IP Edge's Magnolia Licensing LLP (the primary vehicle through which IP Edge appears to have completed that acquisition) transferring former Technicolor patents to at least three IP Edge NPEs: Bataan Licensing LLC, Sunflower Licensing LLC, and Triumph IP LLC.

Moreover, IP Edge has continued to form additional entities, likely future plaintiffs, in Texas, among them Crimson IP LLC (which just launched its own litigation campaign); Longbeam Technologies LLC; and US Innovation Fund LLC. That third entity is particularly notable as Bodepudi, Pant, and Woung are named directly as its managing members. IP Edge more typically identifies longtime Texas residents, usually without independent connection to patent monetization, as managers or managing members of its LLCs. The last two entities of which its founders are directly identified are Q3 Networking (litigating before the ITC) and Bishop Display Tech (hitting Samsung with a large number of former IP Bridge assets across two suits), both of which departed from the firm's established patterns and practices.

Gawthrop Greenwood, PC filed the new complaints on behalf of Invincible IP. A one-page assessment of this campaign is available for download on RPX Insight. 6/30, District of Delaware.

The content of this article is intended to provide a general guide to the subject matter. Specialist advice should be sought about your specific circumstances.

RPX Corporation

RPX Corporation

4 Embarcadero Center

Suite 4000

San Francisco

CA 94111

UNITED STATES

Tel: 866779 7641

E-mail: litintel@rpxcorp.com

URL: www.rpxcorp.com

**Load-Date:** August 3, 2021

End of Document

EXHIBIT C


PATENT OFFICE EXAM
BENEFIT FROM THE PLI EXPERIENCE
RECEIVE A 10% DISCOUNT ON PLI'S PATENT OFFICE EXAM COURSE
Register Now


*IPWatchdog*®

# Patent Filings Roundup: In a Slow Week, IP Edge Hits Amazon on Cryptographic Keys and Jeffrey Gross-Run Entities Proliferate



**JONATHAN STROUD**

NOVEMBER 10, 2021, 12:15 PM    💬 6

Another week, another dearth of any *Fintiv* denials, which sort of begs the question, if the Patent Trial and Appeal Board (PTAB) has effectively walked back their reliance on the *Fintiv* factors, does that order's precedential status merit walking back? In terms of district court and PTAB patent filings, subdued is the word; just 19 PTAB petitions (all inter partes reviews) with four being apparent joinders by **LG Electronics** against **Gesture Technology Partners, LLC** [a Tim Pryor entity] well prior to institution, seeking to join Apple petitions. Previous Pryor entities include **Motion Games LLC, PSTP Ttechnologies, Tactile Feedback Technology, LMI Technologies Inc.,** and **Great Lakes Intellectual Property, Ltd**l. Gil Hyatt filed yet another



Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

The one standout stat this week is yet another huge month of terminations, with 84, many of them some of the IP Edge glut we've been discussing in recent weeks. Otherwise, a relatively quiet week saw a fair number of Leigh Rothschild-controlled entities file new complaints (via **Information Technology Systems, Digital Verification Systems**, and of course longtime filer **Rothschild Patent Imaging**). Another **Scramoge** complaint (against Google) was filed, in that **Atlantic IP, Magnetar Capital**-funded campaign; the Jeffrey Gross-run **Auth Token LLC** electronic transactions campaign continues to add defendants; and a different Gross-run campaign, **Compression Vectors LLC**, filed a single-patent suit against **Intel**. That patent had been previously challenged in IPR (and then quickly settled) by Canon, and had also been asserted against Cisco, and relates generally to video codecs. Indeed, Gross has had quite the expanding portfolio for the past few years, and appears to be one of the bigger beneficiaries of the **Intellectual Ventures** fire sale at the end of 2018.

==**The Curious Case of IP Edge and Amazon:** In a highly uncharacteristic, brand-new campaign run by **IP Edge,** subsidiary **Longbeam Technologies LLC** sued platform giant **Amazon** on four patents related to cryptographic keys, encryption, and secure communications.== The patents come originally from a defunct company called **Geocodex LLC**, and buck the usual **IP Edge** modus operandi by opening against one of the tech giants unlikely to settle quickly, without any runup, and with multiple somewhat complex patents at the forefront. The accused products are streaming or web services (AWS and Amazon Prime Video) that support geographic limitations on data—for instance, country-specific streaming licenses for content, a feature known to Amazon as Amazon Kinesis. The complaints are unusually detailed, were filed in Delaware, and could be another clue to the most-frequent-filer's shift in overall strategy as its base of file-and-settle suits approaches 600 for 2021.

## PTAB (19)

| Case Number | Action | Owner | Petitioner | Patent |
|---|---|---|---|---|
| IPR2022-00124 | Filed | Lennon Image Technologies, LLC [Empire IP] | Perfect Corp. | 6624843 |
| IPR2022-00141 | Filed | Swarm Technology LLC | Juniper Networks, Inc. | 10592275 |
| IPR2022-00146 | Filed | Eye Therapies, LLC | Slayback Pharma LLC | 9259425 |
| IPR2022- | Filed | HD Silicon Solutions LLC [f/k/a Innovative Silicon | Microchip Technology, Inc. | 6774033 |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.     ACCEPT AND CLOSE

| IPR2022-00093 | Filed | Gesture Technology Partners, LLC [Tim Pryor] | LG Electronics, Inc. | 8194924 |
|---|---|---|---|---|
| IPR2022-00091 | Filed | Gesture Technology Partners, LLC [Tim Pryor] | LG Electronics, Inc. | 7933431 |
| IPR2022-00142 | Filed | Eye Therapies, LLC | Slayback Pharma LLC | 8293742 |
| IPR2022-00138 | Filed | Bright Data Ltd. | The Data Company Technologies Inc. | 10484510 |
| IPR2022-00075 | Filed | United Services Automobile Association | PNC Bank N.A. | 9224136 |
| IPR2022-00096 | Filed | Intellectual Ventures II, LLC | Hewlett Packard Enterprise Company | RE44818 |
| IPR2022-00135 | Filed | Bright Data Ltd. | The Data Company Technologies Inc. | 10257319 |
| IPR2022-00134 | Filed | DNA Genotek Inc. | Spectrum Solutions LLC | 10767215 |
| IPR2022-00133 | Filed | IBM Co. | Ebates Performance Marketing, Inc. d/b/a Rakuten Rewards | 7543234 |
| IPR2022-00033 | Filed | Memoryweb, LLC | Apple, Inc | 10423658 |
| IPR2022-00092 | Filed | Gesture Technology Partners, LLC [Tim Pryor] | LG Electronics, Inc. | 8878949 |
| IPR2022-00090 | Filed | Gesture Technology Partners, LLC [Tim Pryor] | LG Electronics, Inc. | 8553079 |
| IPR2022-00079 | Filed | Koninklijke KPN N.V. | Ericsson Inc. | RE48089 |
| IPR2022-00117 | Filed | Scramoge Technology Ltd. [Magnetar Capital, Atlantic IP] | Apple, Inc. | 9843215 |
| IPR2021-00821 | Not Instituted – Merits | Litl LLC [TRI Ventures, Inc.] | Lenovo United States Inc. | 8612888 |
| IPR2021-00800 | Not Instituted – Merits | Litl LLC [TRI Ventures, Inc.] | Lenovo United States Inc.l | 10289154 |
| IPR2021-00933 | Not Instituted | Teladoc Health Inc. Ionata Sub Two Inc. | American Well Corporation | 7761185 |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

| IPR2021-00886 | Instituted | Sanho Corp | KaiJet Technology International Limited, Inc | 10572429 |
| IPR2021-01127 | Instituted | WiTricity Corp. | Momentum Dynamics Corporation | 9306635 |
| PGR2021-00078 | Instituted | Dynaenergetics Europe Gmbh | G&H Diversified Manufacturing, LP | 10844697 |
| IPR2020-00884 | Final Written Decision | Chervon HK Limited | One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment<br>One World Technologies, Inc. Techtronic Industries Power Equipment | 9596806 |
| IPR2020-00915 | Final Written Decision | Jodi A. Schwendimann | Neenah, Inc. | 7766475 |
| IPR2020-00887 | Final Written Decision | Chervon HK Limited | One World Technologies, Inc. Techtronic Industries Power Equipment<br>One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment | 9986686 |
| IPR2020-00892 | Final Written Decision | Wildcat Licensing WI, LLC [Sockeye Licensing TX LLC] | Atlas Copco Tools and Assembly LLC<br>General Motors LLC<br>Faurecia Automotive Seating LLC<br>Magna International Inc. | RE47232 |
| IPR2020-00888 | Final Written Decision | Chevron HK Limited | One World Technologies, Inc. Techtronic Industries Power Equipment<br>One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment | 10070588 |
| IPR2020-00877 | Final Written Decision | Corephotonics Ltd. | Apple, Inc | 10288840 |
| IPR2020- | Final | The Noco Company | Shenzhen Carku Technology Co., | |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

| | | | | |
|---|---|---|---|---|
| IPR2020-00891 | Final Written Decision | Wildcat Licensing WI, LLC [Sockeye Licensing TX LLC] | Atlas Copco Tools and Assembly LLC<br>General Motors LLC<br>Faurencia Automotive Seating LLC<br>Magna International Inc.<br>Faurecia Automotive Seating LLC et al. | RE47220 |
| IPR2020-00886 | Final Written Decision | Chevron HK Limited | One World Technologies, Inc.<br>Techtronic Industries Power Equipment<br>One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment | 9826686 |
| IPR2020-00878 | Final Written Decision | Corephotonics Ltd. | Apple, Inc | 10330897 |

# District Court (48)

| Case Number | Action | Plaintiff | Defendant | Patent |
|---|---|---|---|---|
| 8:21-cv-01809 | Filed | Rothschild Patent Imaging LLC [Leigh Rothschild, Patent Asset Management] | Circle 38 Inc | 8437797 |
| 8:21-cv-01810 | Filed | Nxp Usa Inc | Amazoncom Inc<br>Linksys Usa Inc<br>Belkin<br>Mediatek<br>Mediatek Inc | 8558591<br>8482136<br>7593202<br>10904058<br>9729214 |
| 3:21-cv-08505 | Filed | Informative Technology Systems LLC [Leigh Rothschild, Patent Asset Management] | Nextlabs | 8156151 |
| 3:21-cv-08506 | Filed | Informative Technology Systems LLC [Leigh Rothschild, Patent Asset Management] | Digify Inc | 8156151 |
| 3:21-cv-08531 | Filed | Digital Verification Systems LLC [Leigh Rothschild, Patent Asset Management] | Paubox Inc | 9054860 |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

| | | | | |
|---|---|---|---|---|
| 1:21-cv-05854 | Filed | Keystone Automotive Industries Inc Lkq Corporation | General Motors Gm Global Technology Operations LLC | D818406 D828256 |
| 1:21-cv-01561 | Filed | Viiv Healthcare Shionogi Viiv Healthcare Uk No 3 Limited | Lupin Limited | 9242986 |
| 3:21-cv-02719 | Filed | Oreilly Winship LLC Dba Owl | Snaprays LLC Dba Snappower | 9035180 9871324 |
| 3:21-cv-08529 | Filed | Digital Verification Systems LLC [Leigh Rothschild, Patent Asset Management] | Foxit Software Inc | 9054860 |
| 1:21-cv-05877 | Filed | Onmywhey LLC | The Partnerships And Unincorporated Associations Identified On Schedule A | D844435 D865527 D844436 |
| 1:21-cv-01567 | Filed | Pf Prism CV Pf Prism Imb BV Pfizer Warner-Lambert Company LLC | Synthon Pharmaceuticals Inc Synthon International Holding Bv Synthon Bv | 10723730 RE47739 6936612 7456168 |
| 6:21-cv-01132 | Filed | Applied Biokinetics LLC | Walmart Inc | 11096815 8814818 |
| 2:21-cv-08739 | Filed | Splash Medical Devices LLC | Zerowet Inc | 8747372 |
| 1:21-cv-01573 | Filed | Boehringer Ingelheim International Gmbh Boehringer-ingelheim | Sun Pharmaceutical | 11090323 10258637 7579449 |
| 6:21-cv-01125 | Filed | Auth Token LLC [Jeffrey Gross] | Citigroup Inc | 8375212 |
| 6:21-cv-01126 | Filed | Auth Token LLC [Jeffrey Gross] | Hbsc Usa Inc | 8375212 |
| 3:21-cv-08504 | Filed | Informative Technology Systems LLC [Leigh M. Rothschild, Patent Asset Management] | Seclore Inc | 8156151 |
| 4:21-cv-08529 | Filed | Digital Verification Systems LLC [Leigh M. Rothschild, Patent Asset Management] | Foxit Software Inc | 9054860 |
| 1:21-cv- | Filed | E-z Dock Inc | Snap Dock LLC | 7918178 |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

| | | | | |
|---|---|---|---|---|
| 1:21-cv-01571 | Filed | Sito Mobile Rd Ip LLC<br>Sito Mobile Ltd | Thestreet Inc | 9756362<br>10009637<br>9135636<br>8825887<br>7054949<br>9135635<br>9350777<br>9380088<br>9026673<br>9591360<br>10171846<br>7689706 |
| 6:21-cv-01138 | Filed | Scramoge Technology Ltd [Atlantic IP, Magnetar Capital] | Google LLC | 10193392 |
| 0:21-cv-62264 | Filed | Baoying Zhao | The Individuals Partnerships And Unincorporated Associations Identified On Schedule A | D903038<br>D924038 |
| 1:21-cv-01570 | Filed | Immervision Inc | Apple | 10795120 |
| 6:21-cv-01134 | Filed | Applied Biokinetics LLC | Walmart Inc | 8414511<br>10212987<br>8254591<br>10405082<br>10966015 |
| 2:21-cv-00413 | Filed | Synergy Ip Corporation<br>Staton Techiya LLC [Staton Capital] | Samsung Electronics Co Ltd<br>Samsung Group | 8315400<br>9491542<br>9609424<br>9124982<br>9270244<br>10979836<br>8111839 |
| 6:21-cv-01142 | Filed | Compression Vectors LLC [Jeffrey Gross] | Intel Corp | 6731813 |
| 4:21-cv-02100 | Filed | Auth Token LLC [Jeffrey Gross] | Fifth Third Bank National Association | 8375212 |
| 2:21-cv- | | Rothschild Patent Imaging LLC | | |

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.    ACCEPT AND CLOSE

| | | | | |
|---|---|---|---|---|
| [1:21-cv-01559](#) | Filed | Longbeam Technologies LLC [IP Edge] | Amazon Amazon.com Inc | 7512989 10715316 7660418 8472627 |
| [5:21-cv-08531](#) | Filed | Digital Verification Systems LLC [Leigh M. Rothschild, Patent Asset Management] | Paubox Inc | 9054860 |
| [1:21-cv-05882](#) | Filed | Inmusic Brands Inc. | Spectra Merchandising International | 7567498 |
| [7:21-cv-09045](#) | Filed | Digital Verification Systems LLC [Leigh M. Rothschild, Patent Asset Management] | Keepsolid Inc | 9054860 |
| [2:21-cv-00408](#) | Filed | Auth Token LLC [Jeffrey Gross] | Capital One Financial Corp | 8375212 |
| [2:21-cv-00409](#) | Filed | Auth Token LLC [Jeffrey Gross] | Jpmorgan Chase Bank Na | 8375212 |
| [6:21-cv-01124](#) | Filed | Auth Token LLC [Jeffrey Gross] | Bmo Harris Bank Na | 8375212 |
| [8:21-cv-02573](#) | Filed | Oe Wheel Distributors LLC | Wheel Pros Mobile Hi-tech Wheels LLC | D890069 |
| [3:21-cv-08534](#) | Filed | Cyboenergy Inc | Northern Electric Power Technology Inc | 9331489 8786133 |
| [2:21-cv-08700](#) | Filed | Wangs Alliance Corporation Dba Wac Lighting | Affordable Quality Lighting Inc Dba Aq Lighting | 10962209 10598358 |
| [2:21-cv-00410](#) | Filed | Ministrap LLC | Quiktrip Corp | |
| [2:21-cv-00411](#) | Filed | Farmobile LLC | Farmers Edge Inc Farmers Edge Us Inc | 11126937 11151485 10963825 11107017 11164116 |
| [1:21-cv-01226](#) | Filed | Gilbert P Hyatt | Andrew Hirshfeld | |
| [1:21-cv-05900](#) | Filed | Jeagr Ventures LLC | Does 1-54 | 9528204 |
| [3:21-cv-_____](#) | Filed | Coachcomm LLC | Westcom Wireless Inc | |

Our website uses cookies to provide you with a better experience. Read our [privacy policy](#) for more information.    ACCEPT AND CLOSE

| | | | | |
|---|---|---|---|---|
| [6:21-cv-01133](#) | Filed | Applied Biokinetics LLC | Walmart Inc | 8834398 8968229 |
| [1:21-cv-01575](#) | Filed | Meda Pharmaceuticals Bayer Healthcare LLC | Aurobindo Pharma Ltd | 8518919 8071073 9919050 |

*Image Source: Deposit Photos*
*Author: Zerbor*
*Image ID: 69425507*



**JONATHAN STROUD**

Jonathan Stroud is General Counsel at Unified Patents, LLC, where he manages a growing team of talented, diverse attorneys and oversees a docket of administrative challenges, appeals, licensing, pooling, and [...see more]

**Warning & Disclaimer:** The pages, articles and comments on IPWatchdog.com do not constitute legal advice, nor do they create any attorney-client relationship. The articles published express the personal opinion and views of the author as of the time of publication and should not be attributed to the author's employer, clients or the sponsors of IPWatchdog.com. Read more.



At IPWatchdog.com our focus is on the business, policy and substance of patents and other forms of intellectual property. Today IPWatchdog is recognized as the leading source for news and information in

Our website uses cookies to provide you with a better experience. Read our [privacy policy](#) for more information.    ACCEPT AND CLOSE

Our Preferred Data Source



Images on IPWatchdog Primarily
Provided by



Our website uses cookies to provide you with a better experience. Read our privacy policy for more

information.     ACCEPT AND CLOSE

# EXHIBIT D

# Team

**Managing Members**

*Lillian Woung*

Lillian is an entrepreneur, investor, and an American attorney. Lillian is fluent in Mandarin and has lived and worked around the world. She is well versed in international business and has, in her prior careers, advised start-ups and large multinational companies in a variety of business, legal, technology issues.

She has worked directly with the owners of a company widely considered to be the leader in patent monetization having generated over half a billion dollars in licensing revenue on behalf of its clients. In this role, she led multijurisdictional licensing campaigns in Europe, US and Asia.

As patent and transactional counsel based in Silicon Valley, she advised technology companies on IP transactions, litigation and prosecution matters. As an analyst and consultant in the world's largest consulting firm, she advised global companies on enterprise technology systems.

Lillian holds a Bachelor of Science in Chemical Engineering from Rice University which she attended on a full merit scholarship, and a Juris Doctor from University of California in Los Angeles School of Law (UCLA Law). She is admitted to practice law in California and before the United States Patent and Trademark Office.

She lives in Seattle and is a proud mother of twin toddlers and a mini-schnauzer.

*Gautham Bodepudi*

Gau serves as Managing Partner for IP EDGE, where he manages licensing strategies and develops corporate collaborations.

He has been active in the patent space for over a decade–he has experience in all aspects of patent monetization, including launching and executing large-scale patent licensing campaigns, including mining patent portfolios, conducting legal and technical due diligence to substantiate patent value, managing litigation and IPR teams, as well as patent and damages analysts.

Gau writes on patent economics and policy and has been published in IAM, IP Law 360, IPWatchDog, and has a patent blog at investinip.com.

Gau holds a Bachelor of Science in Electrical Engineering from the University of Illinois at Urbana-Champaign and a Juris Doctor from the University of Chicago School of Law. He is admitted to practice in Illinois and before the United States Patent and Trademark Office.

*Sanjay Pant*

Sanjay serves as a Managing Partner at IP EDGE, where he creates collaborative channels with corporate and capital partners, develops its

monetization platform and ecosphere, and oversees enhancement of its proprietary platform software.

Sanjay holds a Bachelor of Science in Electrical Engineering, graduating Summa Cum Laude from the University of Maryland at College Park, and a Juris Doctor from the University of California at Los Angeles School of Law. He is admitted to practice in Texas and before the United States Patent and Trademark Office.

# EXHIBIT E

# Plaintiff Newly Assigned to Judge Connolly's Courtroom Amends Its Prior Disclosure

May 22, 2022
Category: In Case You Missed It

In mid-April, District of Delaware Chief Judge Colm F. Connolly posted two new standing orders related to that courtroom's disclosure requirements: one requiring litigants to disclose details related to any nonrecourse funding arrangements with third parties and a second requiring all "nongovernmental joint ventures, limited liability corporations, partnerships or limited liability partnerships" to include in disclosure statements "the name of every owner, member and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified". At least one plaintiff has now responded to the application of these new standing orders to cases in its campaign.

That plaintiff is Swirlate IP LLC, an entity formed in Texas on April 9, 2020, naming as its managing member Dina Gamez. In an amended disclosure filed on May 20, 2022, Swirlate apprised Judge Connolly, presumably to comply with the second new standing order outlined above, that it "is a Texas limited liability company, its sole owner and managing partner is Dina Gamez, it does not have a parent corporation, and that it has no publicly held corporation owning ten percent or more of its stock". (Swirlate IP filed an analogous amended disclosure in more than one of its cases, either because of a new assignment to Judge Connolly's courtroom or in litigation already underway there.)

Swirlate IP has been litigating two former **Panasonic** patents (7,154,961; 7,567,622), generally related to "ARQ re-transmission" in a wireless communication system, since April 2020, its month of formation and the month during which it received four patents (the two appearing in litigation, together with two others). The plaintiff acquired those patents from Intertechnology Global LLC, which itself obtained them as part of a portfolio of more than 30 former Panasonic patents from **Allied Security Trust** (AST) in February 2017. Intertechnology Global was formed in Texas in January 2017, naming Tri Lam as its managing member.

Intertechnology Global subsequently farmed some of those assets out, to seven Texas entities, each of which formed just prior to the patent transfers and each of which has launched a litigation campaign over its received assets: to Techno Licensing LLC (hitting 18 defendants) and Zavala Licensing LLC (hitting 37 defendants) in 2017; to Commtech IP LLC (15 defendants) and Mentone Solutions LLC (29) in 2018; to Tekvoke LLC (27) in 2019; to Nitetek Licensing LLC (30) and Swirlate IP (38) in 2020. Each of these Texas entities names a different managing member: Brittany Nguyen for Techno Licensing, Tommy Le for Zavala Licensing, Tin Nguyen for Commtech IP LLC, Sally Pugal for Mentone Solutions, Lori LaPray for Tekvoke, Mark Hall for Nitetek Licensing, and Gamez for Swirlate IP.

Most of these individuals appear to be Texas residents with no prior experience in patent monetization. What do they have in common? The answer is Texas monetization firm IP Edge LLC. Prior top monetization firm IP Navigation Group, LLC (d/b/a IPNav) wound down operations when founder Erich Spangenberg "moved off" into 2014 to "do other things" thereafter (details here). Having been the director and vice president of Asia for IPNav in 2012-2013, Lillian Woung created IP Edge in the wake of that move, with fellow Texas attorneys Gautham (Gau) Bodepudi (who also reports past work with IPNav) and Sanjay Pant, first in Nevada (in 2010) and later merging into Texas (in 2015). The firm has been the top filer of NPE cases over the years since, having initiated over 180 litigation campaigns in total, both right before and of course after its move to Texas and hitting thousands of defendants in the process.

h

One of the patterns discernible from IP Edge's entity creation, IP acquisition, and patent litigation over the years has been the naming of individuals, seemingly with no prior connection to monetization, as managers or managing members of its various LLCs, whether created to hold assets (like Intertechnology Global) or to assert them (like Swirlate IP and the rest mentioned above). Questions have always surrounded this repeated setup: What role, if any, does the named managing member play with respect to his or her LLC and its activities? Is IP Edge's role limited in any way? What contracts govern the relationship between IP Edge, each of its litigating LLCs, and each of the managing members, with respect to control and dispensation of any proceeds from each campaign?

It is clear, Swirlate IP's amended disclosure notwithstanding, that IP Edge has maintained control over litigating LLCs. For example, in a September 2014 opposition to a motion to transfer filed by **Facebook** in a campaign litigated by Olivistar LLC, Bodepudi, Pant, and Woung revealed that they own the plaintiff. Pant signed a September 2014 declaration indicating that he was a cofounder and managing member of Olivistar, as were Bodepudi and Woung, further declaring that "all three of Olivistar's three managing members reside in, or in close proximity to, the Eastern District of Texas". Pant attested that IPNav had acted as the "licensing advisor" for the source of Olivistar's patents, Vigilos, LLC, and that "Olivistar's licensing advisor is Dominion Harbor Group, LLC [now Dominion Harbor Enterprises, LLC], based in Dallas, Texas".

The manager disclosed in Texas state records for Olivistar was, however, Libby Barret, from its March 2014 creation until Dana Tran took over in October 2015. Over the years, Tran has also been disclosed as either the manager, officer, or managing member of various other entities associated with IP Edge, including Cassiopeia IP LLC, Colonial Licensing LLC, Dynavair LLC, Fusion IP LLC, Karetek Holdings LLC, Laboon Licensing LLC, Oberalis LLC, PluraTrade LLC, Tenaha Licensing LLC, and Voxathon LLC. Tran also used to "manage" IP Edge entity MagnaCross LLC, which is now (as of December 31, 2015) managed by Julie Wang.

Notably, IP Edge has, over the past couple of years, begun to voluntarily terminate the charter of some of its LLCs in the state of Texas. For example, Dynavair, Oberalis, PluraTrade, Tenaha Licensing, and Voxathon have all been voluntarily terminated in the state. Most often, the document filed in Texas to terminate the LLC's existence uses boilerplate language to describe "the nature of the event requiring winding up": "A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity". However, there are exceptions. Loramax LLC's managing member Jennifer Chong, believed to be the same person as Yun Sun Chong, indicated that the nature of the event with respect to that entity was, "Decided to get out of Intellectual Property", while the wind-down of another of her entities, Graham Springs LLC was because she just "[d]ecided to close [the] entity". (Yun Sun Chong remains a manager or managing member with respect to several other IP Edge LLCs with live charters (see, *e.g.*, Dawncrest IP LLC, HelioStar LLC, Stonebank IP LLC, and Xylon Licensing LLC), several others also voluntarily dismissed (see, *e.g.*, Aristors Licensing, LLC; Guyzar LLC; PanTaurus LLC; and Theta Chip LLC), and yet another that had its charter revoked in a tax forfeiture (Pallidor LLC).

Judge Connolly's new standing orders have begun to provide insight into the control and organization of IP Edge filing parties—even as applied to just one plaintiff, Swirlate IP, associated with the country's most prolific monetization firm, at least as counted by defendants added to litigation campaigns over the past several years. Here, an attorney, Jimmy Chong of The Chong Law Firm based in Wilmington, Delaware, has signed an amended disclosure indicating that Gamez is the "sole owner" and "managing partner" of Swirlate IP, even though the plaintiff is an LLC of which there are typically members, not partners. David R. Bennett of Direction IP Law appears as "of counsel" on the filing. Therefore, absent an error, neither IP Edge nor its principals (Bodepudi, Pant, and Woung) "own" Swirlate IP. They cannot be members or partners of Swirlate IP.

Judge Connolly does not appear to have filed a notice of his new standing orders in each of the cases assigned to him; however, the court has posted these new orders on his Delaware judge page with a prominent notice of their issuance. Swirlate IP's amended disclosure indicates that plaintiffs have begun to take notice, and those orders now govern cases filed by, for example, two other IP Edge plaintiffs—Backertop Licensing LLC and Mellaconic IP LLC—as well as suits brought by other litigations, like, for example, **FMC Corporation**, **Fortress Biotech** (**Journey Medical**), S.M.R Innovations Ltd, and Y.M.R Tech Ltd.

While Judge Connolly's second new standing order, the one under which Swirlate IP just made its amended disclosure, is a general, open-ended mandate, the court's first order has a timeframe associated with it ("[w]ithin the later of 45 days of this Order or 30 days of the filing of an initial pleading or transfer of the matter to this District") that starts the clock ticking. As noted, that order requires litigants to disclose details related to any nonrecourse funding arrangements with third parties.

On its website, IP Edge lists the "services" that it provides as IP Licensing, Portfolio Assessment, and Patent Divestment. With respect to the last service, the firm elaborates, "Are you looking to divest a portion of your patent portfolio? Our *network of investors* can enable you to explore the open market and obtain market value for your IP assets" (italics added). Is Gamez, though not previously experienced with patent monetization, part of a "network of investors"—and is IP Edge properly characterized as Swirlate IP's "licensing advisor"? ==If Swirlate IP, for example, has contractual arrangements with IP Edge, perhaps as such a "licensing advisor", that govern decisions in the litigation and/or distribution of any proceeds from the campaign, it will be interesting to see what, if anything, Swirlate IP has to say about those terms should its cases here (against **Lantronix** and **Plantronics**, for example) last beyond the deadline set by the standing order.==

For further coverage of Judge Connolly's new disclosure requirements, in one of the busiest patent courts in the country, see "New Delaware Standing Orders Sharply Shift Disclosure Requirements" (April 2022).