# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LONGBEAM TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | C.A. No. 21-cv-1559 (CFC) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Longbeam Technologies LLC and Defendants Amazon.com, Inc. and Amazon Web Services, Inc., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 10, 2022

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

1

*Of Counsel:*
Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Zachary H. Ellis (*pro hac vice*)*
Christian E. Samay (*pro hac vice*)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
zellis@daignaultiyer.com
csamay@daignaultiyer.com

DAIGNAULT IYER LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182
*Not admitted to practice in Virginia

*Attorneys for Plaintiff*
*Longbeam Technologies LLC*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street - P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Of counsel:

Adam M. Greenfield
Maximilian A. Grant
Gabriel K. Bell
David A. Zucker
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004-1304

2

(202) 637-2200

Kimberly Q. Li
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Web Services, Inc.*

IT IS SO ORDERED this _____ day of _____, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE